JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 20-8720-JFW (JPRx)** | Date: November 25, 2020 |
| Title: | Great American Insurance Company -v- Mediterranean Shipping Company S.A., et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Daisy Rojas | None Present |
| Courtroom Deputy | Court Reporter |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   ORDER OF DISMISSAL

    In the Notice of Settlement filed on November 24, 2020, Docket No. 19, the parties represent that they have settled this action. As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before January 8, 2021. The Court will retain jurisdiction for the sole purpose of enforcing the settlement until January 8, 2021. Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice. All dates in this action, including the trial date are vacated.

    IT IS SO ORDERED.

Initials of Deputy Clerk   dr

C:\Users\daisyrojas\Desktop\Telework Work\112520\JFW\Processed Orders\LA 20 CV 8720 JFW-O re Dismissal-JS6.wpd
(Rev. 1/14/15)